UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLIGUICOTA,<br><br>                               Plaintiff,<br><br>          - against -<br><br>HAIAN HONEST RENOVATION, INC. et al.,<br><br>                               Defendants. | Case No. 1:24-cv-8531 (SDE)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated:   November 26 2025
             Kew Gardens, New York


By: *James O'Donnell*
    James Patrick O'Donnell, Esq.
    HELEN F. DALTON & ASSOCIATES, P.C.
    80-02 Kew Gardens Road, Suite 601
    Kew Gardens, NY 11415
    Emal: jamespodonnell86@gmail.com
    *Attorneys for Plaintiff*

By: *Tristan C. Loanzon*
    Tristan Loanzon, Esq.
    LOANZON LLP
    1345 6th Avenue, Fl 2
    New York, New York 10105
    Email: tristan@loanzon.com
    *Attorneys for Defendants*

_____
SO ORDERED.